IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-cv-2636 |
| LINDA HELM AGUEBOR | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE 41(a)(1)(A)**

TO THE CLERK OF COURT:

Kindly mark the above matter as dismissed as against the Defendant without prejudice.

Defendant has not filed any answer or motion for summary judgment.

                                                Respectfully submitted,

8/02/12                                        /s/William B. Jameson
DATE                                         William B. Jameson, Esquire
                                                Attorney ID No.: 58949
                                                AAMCO Transmissions, Inc.
                                                201 Gibraltar Road, Suite 150
                                                Horsham, PA 19044
                                                (610) 668-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-cv-2636 |
| LINDA HELM AGUEBOR | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

William B. Jameson, hereby certifies that he did serve on this  2nd  day of August, 2012, the attached Plaintiff's Notice of Dismissal upon the below identified party in this matter via U.S. Mail, postage prepaid:

>Linda Helm Aguebor
>2120 W. Broad Street
>Athens, GA  30606

Respectfully submitted,

 8/02/12                              /s/William B. Jameson
DATE                                William B. Jameson, Esquire
Attorney ID No.: 58949
AAMCO Transmissions, Inc.
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900